FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BRENT AUSTIN, | NO. EDCV 08-283-SGL(CT) |
| Petitioner, | ORDER ACCEPTING MAGISTRATE JUDGE'S |
| v. | REPORT AND RECOMMENDATION |
| SUPERIOR COURT, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's multi-part objections. This court concurs with the magistrate judge's report and recommendation.

In his objections, petitioner indicates that the statute of limitations should not apply to him because he was ignorant of the statute of limitations at the time the Anti-Terrorism and Effective Death Penalty Act was passed. A pro se petitioner's ignorance of the law is not, by itself, an extraordinary circumstance warranting equitable tolling. Raspberry v. Garcia, 448 F. 3d 1150, 1154 (9th Cir. 2006).

Accordingly, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 3-31-08

*/s/ Stephen G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE