FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY BRENT AUSTIN, | ) | NO. EDCV 08-283-SGL(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SUPERIOR COURT, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,  IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED:  3 - 31 - 08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

3